Argued and submitted May 24, affirmed June 19, reconsideration denied August 7, petition for review allowed November 26, 1991 (312 Or 525)

## STATE OF OREGON,
*Respondent,*

*v.*

## DARIN DALE PLOWMAN,
*Appellant.*

(C89-12-36912; CA A65145)

813 P2d 1114

J. Marvin Kuhn, Chief Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Douglas F. Zier, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *State v. Hendrix,* 107 Or App 734, 813 P2d 1115 (1991).